

STEIN ▲

# STEIN | SAKS, PLLC

Admissions

YAAKOV SAKS▲*
JUDAH

RAPHAEL DEUTSCH ⋀
KEN WILLARD▲
RUSSELL WEINRIB ▪
DAVID FORCE ▲

▲ NJ & NY Bar

⋀ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 22, 2020

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**VIA ECF**

    **Re:    Schwebel v. Resurgent Capital Services, LP et al**
           **Case No. 7:19-cv-08821-KMK**

Your Honor,

This office represents Plaintiff, Avrohom Schwebel, in the above-referenced matter. We write in accordance with Your Honor's Individual Rules and Practices, and with consent of Counsel for Defendants.

We write to respectfully request a seven (7) day extension of time of the briefing schedule ordered by the Court on January 8, 2020.

The original schedule ordered by the Court was as follows: Defendants' motion due January 29, 2020; Plaintiffs opposition due February 12, 2020; and Defendants' reply due February 19, 2020.

Plaintiff respectfully requests for an extension of the schedule for one week as follows: Defendants' motion due February 5, 2020; Plaintiffs opposition due February 19, 2020; and Defendants' reply is due February 26, 2020.

This is Plaintiff's first request for an extension of time. We have conferred with Defense Counsel and they consent to this request.



We thank Your Honor and the Court for its consideration and courtesies.

Respectfully submitted,

*/s/ Raphael Deutsch*
Raphael Deutsch
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601
Tel: (201)-282-6500
Email: rdeutsch@steinsakslegal.com
Attorneys for Plaintiff

cc: All Counsel of Record (via ECF)

Granted.
So Ordered.
KMK
1/22/20



YAAKOV SAKS ▲*
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

**STEIN | SAKS, PLLC**

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN
285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500
fax: 201.282.6501 | www.steinsakslegal.com