UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
Avi Schwebel, individually and on behalf of all others similarly situated,

           Plaintiff,

Case No.: 7:19-cv-8821

    -against-

Resurgent Capital Services, LP,

LVNV Funding, LLC

and John Does 1-25.

           Defendant(s).
---------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Notice is hereby given that the Parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

DATED, this 27th day of July, 2021        Respectfully Submitted,

                                              */s/ Raphael Deutsch*
                                              Raphael Deutsch
                                              Stein Saks, PLLC
                                              One University Plaza
                                              Hackensack, NJ 07601
                                              Phone: 201-282-6500
                                              rdeutsch@steinsakslegal.com
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 27, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                          */s/ Raphael Deutsch*
                                                          Raphael Deutsch